**Order entered December 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01076-CR

### JASON KYLE REMBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F13-21209-H

## ORDER

Before the Court is court reporter Debi Harris's December 19, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/ LANA MYERS
   JUSTICE